**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC  20543-0001**

Scott S. Harris
Clerk of the Court
(202) 479-3011

August 21, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Anthony Bernard Wingfield
         v. Unknown Garner, CO, et al.
         No. 25-211
         (Your No. 23-40547)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on August 19, 2025 and placed on the docket August 21, 2025 as No. 25-211.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Rashonda Garner
                        Case Analyst